**Order entered November 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00632-CR
No. 05-14-00633-CR

**EDWIN PINEDA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause Nos. 003-81224-09, 003-81225-09**

## ORDER

The Court **REINSTATES** the appeals.

On October 28, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel's explanation for the delay in filing appellant's brief is his workload; and (4) counsel would file appellant's brief by October 30, 2014. On October 30, 2014, we received appellant's brief and on October 31, 2014, appellant filed an extension motion.

We **GRANT** the October 31, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/　　LANA MYERS
　　　　JUSTICE